920

No. 580. GRAHAM *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *T. Emmett McKenzie* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Robert S. Erdahl* for the United States.

No. 592. CHICAGO, ROCK ISLAND & PACIFIC RAILROAD Co. *v.* ACME BRICK Co. C. A. 5th Cir. Certiorari denied. *F. B. Walker* for petitioner. *R. K. Hanger* for respondent.

No. 609. CLAUGHTON *v.* GRATZ ET AL. C. A. 2d Cir. Certiorari denied. *Henry Ward Beer* for petitioner. *Solicitor General Perlman* and *Roger S. Foster* for the United States; *Milton Pollack* and *Richard F. Wolfson* for Gratz; and *Orison S. Marden* and *David Hartfield, Jr.* for the Missouri-Kansas-Texas Railroad Co., respondents.

No. 610. PETTIFORD *v.* SOUTH CAROLINA STATE BOARD OF EDUCATION. Supreme Court of South Carolina. Certiorari denied. *C. T. Graydon* and *John Grimball* for petitioner.

No. 620. PAUDLER *v.* PAUDLER. C. A. 5th Cir. Certiorari denied. *E. L. Klett* for petitioner. *Chas. C. Crenshaw* for respondent.

No. 622. RECTANGLE RANCHE Co. *v.* BOARD OF COMMISSIONERS FOR THE BURAS LEVEE DISTRICT ET AL. C. A. 5th Cir. Certiorari denied. *John E. Jackson, Louis C. Guidry* and *Henry P. Dart, Jr.* for petitioner. *Leander H. Perez, A. Giffen Levy, Cullen R. Liskow* and *Harry F. Stiles, Jr.* for respondents.